FILED
GREAT FALLS DIV.

2009 MAY 12 PM 4 14

PATRICK E. DUFFY, CLERK
BY _____
      DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| MARY JO MANSFIELD,<br><br>               Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>               Defendant. | No. CV 07-112-GF-SEH<br><br>**ORDER** |

On April 10, 2009, United States Magistrate Judge Keith Strong entered Findings and Recommendations[1] in this matter. Plaintiff did not file objections. No review is required of proposed findings and recommendations to which no

---

[1] Docket No. 23.

-1-

objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this Court will review Judge Strong's Findings and Recommendations for clear error.

Upon review, I find no clear error in Judge Strong's Findings and Recommendation and adopt them in full.

ORDERED:

1. Plaintiff's Motion for Summary Judgment[2] is DENIED.

2. Defendant's Motion for Summary Judgment[3] is GRANTED.

3. The Clerk of Court is directed to enter judgment accordingly.

DATED this 12th day of May, 2009.

*Sam E Haddon*
SAM E. HADDON
United States District Judge

---

[2] Docket No. 17.

[3] Docket No. 20.